***KARLA KIMBRELL***
***Official Court Reporter, 380th District Court***
***2100 Bloomdale Road***
***McKinney, Texas 75071***
***(972) 548-4661***
***kkimbrell@co.collin.tx.us***

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
3/18/2015 1:25:27 PM
LISA MATZ
Clerk

March 18, 2015

Lisa Matz, Clerk
Court of Appeals
Fifth District
600 Commerce Street
Dallas, Texas 75202

Re:  In re:  Stephen Bergenholtz, Relator; Cause No. 380-51444-2008, COA No. 05-15-00350-CV

Clerk of the Court,

The Court has ordered the Reporter's Record in the above case to be prepared by March 23, 2015.

There have been no payment arrangements made for the Reporter's Record.  Counsel for Mr. Bergenholtz was notified on March 3, 2015 by email as to cost of the record.  No payment has been received.

Respectfully, please advise as to how this reporter should proceed regarding preparation of the Reporter's Record and as to responsibility for payment of such.

Thank you very much for your time and consideration.

Sincerely,

/s/
Karla Kimbrell
Official Court Reporter, 380th District Court

CC:    Collin County District Clerk's Office